900 A.2d 748

Stanley R. FRANKEL

v.

Sarah Schlesinger FRANKEL.

No. 134, Sept. Term, 2005.

Court of Appeals of Maryland.

June 8, 2006.

Reconsideration Denied July 26, 2006.

Cynthia E. Young, Annapolis (Glenn M. Cooper, Patricia M. Weaver, Katharine O. Porwick, Paley, Rothman, Goldstein, Rosenberg & Cooper, Chtd., Bethesda), on brief, for petitioner.

Cheryl Lynn Hepfer (Geraldine Welikson Hess, Law Offices of Cheryl Lynn Hepfer, Rockville), on brief, for respondent.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 8th day of June, 2006,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.